IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| HUNTINGTON LEARNING CENTERS, INC., | ) ) ) |
| Plaintiff, | ) ) 2:17cv1174 ) Electronic Filing |
| vs. | ) ) |
| BARBARA KEARNS-JONES and ATHENA EDUCATES, LLC, | ) ) ) ) |
| Defendants, | ) |

## JUDGMENT ORDER

AND NOW, this 14th day of December, 2017, consistent with the Memorandum Order entered in this case, IT IS HEREBY ORDERED that FINAL JUDGMENT is entered in favor of plaintiff Huntington Learning Centers, Inc. and against defendants Barbara Kearns-Jones and Athena Educates, LLC in the amount of $9,719.05, plus costs and reasonable attorneys' fees.

                                                                                                                                  */s/ DS Cercone*

                                                                                                                           David Stewart Cercone
                                                                                                                             Senior United States District Judge

cc:    Honorable Robert C. Mitchell,
         United States Magistrate Judge
       Christopher L. Nickels, Esquire
       Scott McIntosh, Esquire
       Larissa E. Koshatka, Esquire
       (*Via CM/ECF Electronic Mail*)

       Barbara Kearns-Jones
       Athena Educates, LLC
       108 Hazel Street
       Bentleyville, PA  15314
       (*Via First Class Mail*)