IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUNTINGTON LEARNING CENTERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BARBARA KEARNS-JONES; and ATHENA EDUCATES, LLC, <br><br> Defendants, | 2:17-cv-1174 <br> Electronic Filing |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72.

This court entered a preliminary and permanent injunction and entered default judgment against the Defendants on December 14, 2017. (ECF Nos. 47, 48). Plaintiff filed a motion for attorneys' fees and costs on November 8, 2017. (ECF No. 43). On January 9, 2018, the magistrate judge entered a report and recommendation recommending that Plaintiff's motion for attorneys' fees and costs be granted and that Plaintiff be awarded an amount of $55,047.50 for attorneys' fees and an amount of $5,807.82 for costs for a total recovery of $60,855.32. (ECF No. 51). Plaintiffs were ordered to serve a copy of the report and recommendation on Defendants and so provided proof of service on January 10, 2018. (ECF No. 52). The parties were given until January 23, 2018 to file objections to the report and recommendation. No objections have been filed as of this date.

After a review of the record in this case, together with the report and recommendation as to the motion for attorneys' fees and costs, the following Order is entered:

1

IT IS HEREBY ORDERED that after considering all facts and arguments presented to the court upon due notice to all parties and that Court having reviewed the Plaintiff's motion for attorneys' fees and costs, Plaintiff's motion is GRANTED and Plaintiff is awarded its reasonable attorneys' fees of $55,047.50 and related expenses of $5,807.82, for a total of $60,855.32 jointly and severally against Defendants, with post-judgment interest accruing from the date of this Order.

IT IS FURTHER ORDERED that the report and recommendation (ECF No. 51) is hereby adopted as the opinion of the court.

Dated: 2/28/18

David Stewart Cercone
Senior United States District Judge

cc: Honorable Cynthia Reed Eddy,
United States Magistrate Judge
Christopher L. Nickels, Esquire
Scott McIntosh, Esquire
Larissa E. Koshatka, Esquire

*(Via CM/ECF Electronic Mail)*

Barbara Kearns-Jones
Athena Educates, LLC
108 Hazel Street
Bentleyville, PA 15314

*(Via First Class Mail)*